394 A.2d 602

**Keith C. EWING**

v.

**Margaret M. EWING, Appellant.**

Superior Court of Pennsylvania.

Argued Oct. 25, 1978.

Decided Nov. 29, 1978.

Howard A. Minsky, Pittsburgh, for appellant.

Eugene P. Girman, Pittsburgh, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

OPINION

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.